FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, June 21, 2024

Mr. Jeffrey Nanson
Ryan Law Firm, PLLC
13155 Noel Road, Suite 1850
Dallas, TX 75240
\* DELIVERED VIA E-MAIL \*

Mr. D. Kirk Swinney
Low Swinney Evans & James, PLLC
1130 Cottonwood Creek Trl Ste B1
Cedar Park, TX 78613-7862
\* DELIVERED VIA E-MAIL \*

RE:     Case Number:  23-0597
        Court of Appeals Number:  12-22-00325-CV
        Trial Court Number:  CV19-0517-392

Style:  J-W POWER COMPANY
        v.
        HENDERSON COUNTY APPRAISAL DISTRICT

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion and judgment in the above-referenced cause.  (Justice Young not participating)

You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Mr. Kory L. Ryan (DELIVERED VIA E-MAIL)
        Mr. Michael Moore (DELIVERED VIA E-MAIL)
        Mr. Ryan L.  James (DELIVERED VIA E-MAIL)
        District Clerk Henderson County (DELIVERED VIA E-MAIL)
        Mr. J. Collin Spring (DELIVERED VIA E-MAIL)
        Brittany Dumas (DELIVERED VIA E-MAIL)
        Katrina L. McClenny (DELIVERED VIA E-MAIL)
        Mr. David Michael Hugin (DELIVERED VIA E-MAIL)